

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of L.E., a child,

No. 11-19-00084-CV

\* From the 220th District Court
of Comanche County
Trial Court No. FM15517.

\* August 15, 2019

\* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is reversed insofar as it ordered the mother and the father to pay child support, and judgment is rendered striking paragraphs 14.1, 14.[2], and 14.[3] from the trial court's order. In all other respects, we affirm the trial court's order of termination.